Stuart B. Wolfe, Esq. (SBN 156471)
sbwolfe@wolfewyman.com
Samantha N. Lamm, Esq. (SBN 203094)
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Defendants
GMAC MORTGAGE, LLC AND
DEUTSCHE BANK NATIONAL
TRUST COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE TRAN, | Case No.: CV08-2128 ODW (JTLx) |
| Plaintiff, | Assigned to the Hon. Otis D. Wright II Dept. 11 |
| v. | |
| GMAC MORTGAGE; BANK OF AMERICA | **JUDGMENT** |
| Defendants. | Trial Date:          N/A Discovery Cut-off: N/A Motion Cut-off:    N/A |
| | Action Filed:  March 31, 2008 |

On June 11, 2008, this Court granted Defendants GMAC Mortgage, LLC's and Deutsche Bank National Trust Company's Motion to Dismiss.  The Court dismissed the action with prejudice because Plaintiff Annie Tran did not have standing to maintain the action under the Truth In Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") because Plaintiff was not a party to the loan agreement, and hence was not a "consumer" as defined by the TILA and Regulation Z (12 C.F.R. § 226.23(a)(1) & (b)(1).)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed with prejudice.  The Court orders that judgment is entered in

1 favor of Defendants GMAC Mortgage, LLC and Deutsche Bank National Trust
2 Company and against Plaintiff Annie Tran.

4     IT IS SO ORDERED.

6 DATED:    July 15, 2008

                                          Hon. Otis D. Wright II
                                          United States District Judge

WOLFE & WYMAN LLP